IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:22CR261-1 |
| ALDER ALFONSO MARIN SOTELO | : |

FILED AUG 29 2022

The Grand Jury charges:

On or about May 28, 2021, in the County of Orange, in the Middle District of North Carolina, ALDER ALFONSO MARIN SOTELO, then being an alien illegally and unlawfully in the United States, and with knowledge of that status, knowingly did possess in commerce and affecting commerce a firearm, that is, a Beretta 9mm handgun; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

DATED: August 29, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL

FOREPERSON